```
                UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF WEST VIRGINIA
                         AT CHARLESTON


ANNA LEE JOHNSON,

        Plaintiff,

v.                                  Civil Action No. 2:17-cv-01608

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

        Defendant.
```

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendations of United States Magistrate Judge Cheryl A. Eifert, entered on February 1, 2018; the magistrate judge having recommended that the court deny the plaintiff's request for judgment on the pleadings, grant the defendant's request for judgment on the pleadings, and affirm the final decision of the Commissioner; and no objection having been filed to the Proposed Findings and Recommendations, it is ORDERED that:

1. The findings made in the Proposed Findings and Recommendations of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein;

2. The plaintiff's request for judgment on the pleadings be, and it hereby is, denied;

3. The Commissioner's request for judgment on the pleadings be, and it hereby is, granted;

4. The final decision of the Commissioner be affirmed; and

5. This action be dismissed and removed from the docket of the court.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and United States Magistrate Judge Cheryl A. Eifert.

DATED: February 28, 2018

John T. Copenhaver, Jr.
United States District Judge